**Order entered August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01383-CV

**ENTERPRISE PRODUCTS PARTNERS, L.P. AND ENTERPRISE PRODUCTS OPERATING LLC, Appellants**

**V.**

**ENERGY TRANSFER PARTNERS, L.P. AND ENERGY TRANSFER FUEL, L.P., Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-12667**

## ORDER

We **GRANT** appellants' August 5, 2015 unopposed second motion for extension of time to file reply brief and **ORDER** the brief be filed no later than September 18, 2015.

/s/     CRAIG STODDART
        JUSTICE